Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

United States Courts
Southern District of Texas
**FILED**

JAN 09 2023

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of ____Texas____

____Houston____ Division

| | |
|---|---|
| Desiree Walker | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ✔ No |
| -v- | |
| JP Morgan Securities<br>American General Insurance Company<br>Hattie Walker | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Desiree Walker |
| Street Address | 9014 Sterling Point Lane |
| City and County | Houston; Harris County |
| State and Zip Code | Texas; 77044 |
| Telephone Number | (832) 509-9987 |
| E-mail Address | Desiree.Walker5@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                        JP Morgan Securities
    Job or Title (if known)     Retirement Brokerage
    Street Address              131 South Dearborn Street, 4th floor()
    City and County             Chicago;
    State and Zip Code          Illinois; 606003-5506
    Telephone Number            (800) 994- 5626
    E-mail Address (if known)

Defendant No. 2
    Name                        American Insurance General Company
    Job or Title (if known)     Insurance
    Street Address              PO BOX 871
    City and County             Amarillo;
    State and Zip Code          Texas; 79105-0871
    Telephone Number            (713) 342- 7300
    E-mail Address (if known)

Defendant No. 3
    Name                        Roxanne Vela (Chase Bank)
    Job or Title (if known)     Bank Teller
    Street Address              15252 Wallisville Road
    City and County             Houston; Harris County
    State and Zip Code          Texas; 77049
    Telephone Number            (713) 453-4819
    E-mail Address (if known)

Defendant No. 4
    Name                        Hattie Walker
    Job or Title (if known)
    Street Address              5827 Wheatley Street; Harris
    City and County             Houston; Harris
    State and Zip Code          Texas; 770
    Telephone Number            (832) 689-9254
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question　　　☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Desiree Walker , is a citizen of the State of *(name)* Texas .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* JP Morgan Securities, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Illinois.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

33% of inheritance was claimed to a third party from AIG. Hattie Walker opened and withheld mail from AIG. She also had stolen the white trailblazer and house keys from Tommy Lee Walker Jr. residence. JP Morgan Securities needs a court order to distribute the remainings of the retirement brokerage, after having two atternoys send letters to the company on how and to whom the brokerage should be distributed.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On August 15, 2019, my father, Tommy Lee Walker Jr., died. Before he died, in December 2016 at my father's house, 9414 Balsam Lane, my brother, Tommy Lee Bolden and I, Desiree Jeniece Walker, were writing our documents of where and to whom should our inheritance should be mailed to. My brother was just moving at the time and did not have a permanent residence at the time.

On September 11, 2019, at noon, Hattie Walker told me her location, which was my father's residence. When arriving, she was in my father's vehicle giving me 'opened' mail with my name, address, and SSN wrong. I did not believe her until I made several calls. We told AIG, Chase bank (Roxanne Vela), and the JP Morgan Securities that my information is wrong and fraud was at play. I told my probate atternoys, but no one would talk to them.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief I am requesting is $509,700. $100,000 from Hattie Walker for commiting a felony by opening my mail and trying to claim benefits. Stealing a vehicle, and house keys with no rights to withheld the items. $200,000 each from AIG (American General Insurance) and JP Morgan (Chase Bank) for being informed about the wrong information and resumed the documents as legit. $9,700 that needs to be distributed to Tommy Lee Bolden and Desiree Jeniece Walker from the retirement brokerage at JP Morgan Securities.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  01/05/2023

Signature of Plaintiff  *Desiree Walker*
Printed Name of Plaintiff  Desiree Walker

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

DESIREE WALKER
7014 STERLING POINT LANE
HOUSTON, TEXAS

NORTH HOUSTON TX 773
6 JAN 2023   PM 6   L



NATHAN OSHNER
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TX 77208

77208-101010