United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESIREE WALKER, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00098 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| JP MORGAN | § | |
| SECURITIES, *et al*, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Desiree Walker, proceeding *pro se*, filed a complaint against multiple defendants alleging that they stole her inheritance after her father's death. Dkt 1. Plaintiff didn't pay the filing fee or file an application to proceed *in forma pauperis*. The case was referred for pretrial management to Magistrate Judge Christina A Bryan. Dkt 3.

Pending now is Judge Bryan's Memorandum and Recommendation dated February 27, 2023, recommending that Plaintiff's claims in this case be dismissed without prejudice for lack of subject matter jurisdiction because the complaint alleges that Defendants are Texas residents and doesn't allege any cause of action arising under federal law. Dkt 6; see Dkt 1 at 3.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 6.

Plaintiffs' claims in this case are DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

This is a final order.

Signed on May 31, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge