United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DESIREE WALKER, Plaintiff, | § § § § | CIVIL ACTION NO 4:23-cv-00098 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| JP MORGAN SECURITIES, *et al*, Defendants. | § § § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Order Adopting Memorandum and Recommendation entered this same date.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on May 31, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge